UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARMEN RODRIGUEZ RODRIGUEZ, VICTOR ESPINOZA RODRIGUEZ, VICTOR ANTONIO RODRIGUEZ, GENESIS AGUIRRE, MATTHEW ATILES AND LAURA OLVERA SOLIS,<br><br>　　Plaintiffs,<br><br>v.<br><br>ATLANTA CLEAN TECH SERVICES, INC.<br><br>　　Defendant, | Case No. 1:17-cv-01075-SCJ |

## ORDER

The Parties have jointly moved the Court to approve their Settlement Agreement with respect to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") claims released thereunder. The Court agrees with the Parties and their respective counsel in their conclusion that the settlement is fair and reasonable.

WHEREFORE, upon consideration of Claimants and Defendant's joint motion and for good cause shown, it is hereby ORDERED AND DECLARED that the Settlement Agreement between the Parties has been approved by this Court as to the FLSA claims.

IT IS SO ORDERED this __7th__ day of __July__, 2017.

                                                     _s/Steve C. Jones_  
                                        HONORABLE STEVE C. JONES  
                                        UNITED STATES DISTRICT JUDGE